# Exhibit 1

# STATE OF UTAH
OFFICE OF THE LIEUTENANT GOVERNOR



**GREG BELL**
LIEUTENANT GOVERNOR

August 2, 2011

Abdul K. Hassan, Esq.
215-28 Hillside Ave
Queens Village, NY 11427

Dear Mr. Hassan,

I write in response to your letter dated July 18, 2011, regarding placement on the Utah ballot as a candidate for President of the United States. In your letter you ask if you would be placed on the ballot, assuming you meet all the requirements with the exception of being a natural born citizen of the United States. In Utah, you would not be given access to the ballot in this instance.

Utah allows candidates for President of the United States to file in person or to designate agent to file in person on their behalf. Each candidate (or his or her designated agent) is required to take an oath attesting that the candidate is qualified to hold the Office of President both legally and constitutionally. Specifically, they will be asked to sign and attest to the qualifications, including the constitutional requirement that the candidate be a naturally born citizen of the United States. Any person that cannot answer affirmatively will have their filing denied.

Should you have any further questions, please contact me at the number below.

Sincerely,

Justin Siebenhaar
Special Assistant



THE LIEUTENANT GOVERNOR
STATE OF UTAH
P.O. BOX 142325
SALT LAKE CITY, UTAH 84114

RETURN SERVICE REQUESTED

FIRST CLASS

$ 00.44⁰
02 1M
0004292019  AUG 03 2011
MAILED FROM ZIP CODE 84116

Abdul K. Hassan
215-28 Hillside Ave.
Queens Village, NY 11427

1142781631